UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR16-286 ADM/FLN

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 2252(a)(2) |
| | 18 U.S.C. § 2252(a)(4)(B) |
| v. | 18 U.S.C. § 2252(b)(1) |
| | 18 U.S.C. § 2252(b)(2) |
| TIMOTHY ALLEN HODNEFIELD, | 18 U.S.C. § 2253(a) |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
### (Distribution of Child Pornography)

On or about June 6, 2015, in the State and District of Minnesota, the defendant,

### TIMOTHY ALLEN HODNEFIELD,

having previously been convicted on or about July 18, 2006, in Sauk County, Wisconsin,

in Case No. 2005CF000418, under the laws of the State of Wisconsin for Possession of

Child Pornography, did knowingly distribute a visual depiction using a means and facility

of interstate and foreign commerce and that had been mailed, shipped and transported in

and affecting interstate commerce, by any means including by computer, where the

production of such visual depiction involved the use of a minor engaging in sexually

explicit conduct and such visual depiction was of such conduct, to wit a computer video

file entitled:

**anal beads -11y.avi**, a video compilation of multiple video segments, which

is approximately 8 minutes and 12 seconds in length. The video depicts an

SCANNED
OCT 1 8 2016
U.S. DISTRICT COURT MPLS

adult male inserting a string of anal beads into the anus of a young, naked, prepubescent female who is lying on her stomach on a bed, an adult male and prepubescent female performing oral sex on a naked prepubescent female, and naked prepubescent and pubescent young females masturbating with a sex toy.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT 2
### (Distribution of Child Pornography)

On or about June 26, 2015, in the State and District of Minnesota, the defendant,

**TIMOTHY ALLEN HODNEFIELD,**

having previously been convicted on or about July 18, 2006, in Sauk County, Wisconsin, in Case No. 2005CF000418, under the laws of the State of Wisconsin for Possession of Child Pornography, did knowingly distribute a visual depiction using a means and facility of interstate and foreign commerce and that had been mailed, shipped and transported in and affecting interstate commerce, by any means including by computer, where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct, to wit a computer video file entitled:

**(kinderkutje) (pthc) anal sex vicky 14y.mpg,** a video, which is approximately 3 minutes and 24 seconds in length. The video depicts an adult male inserting his finger and penis into the anus of a young female.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

**COUNT 3**
(Distribution of Child Pornography)

On or about June 28, 2015, in the State and District of Minnesota, the defendant,

**TIMOTHY ALLEN HODNEFIELD,**

having previously been convicted on or about July 18, 2006, in Sauk County, Wisconsin,

in Case No. 2005CF000418, under the laws of the State of Wisconsin for Possession of

Child Pornography, did knowingly distribute visual depictions using a means and facility

of interstate and foreign commerce and that had been mailed, shipped and transported in

and affecting interstate commerce, by any means including by computer, where the

production of such visual depictions involved the use of a minor engaging in sexually

explicit conduct and such visual depictions was of such conduct, to wit computer video and

image files entitled:

1. **brand new 2008 pthc (kingpass hussyfan kleuterkutje kinder) 101 cumshots revised by harrier(1).wmv**, a video, which is approximately 56 seconds in length. The video depicts a prepubescent female performing oral sex on an adult male.

2. **16 pics young pthc pussy 0.jpg**, a compilation of 16 photos, which depict the genitals of prepubescent females, and prepubescent and pubescent females engaging in vaginal and anal intercourse.

3. **LTV46 PTHC 2012 – Best of 2010-2011 Compilation Vol. 1 (caligvla,11yo,12yo,10yo,kids,pedo,r@ygol.WMV**, a video, which is approximately 2 hours in length. The video depicts prepubescent children, of

3

varying ages, engaged in oral, vaginal, and anal sexual acts with other children and

adults.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).


### COUNT 4
(Distribution of Child Pornography)

On or about July 25, 2015, in the State and District of Minnesota, the defendant,

**TIMOTHY ALLEN HODNEFIELD,**

having previously been convicted on or about July 18, 2006, in Sauk County, Wisconsin,

in Case No. 2005CF000418, under the laws of the State of Wisconsin for Possession of

Child Pornography, did knowingly distribute a visual depiction using a means and facility

of interstate and foreign commerce and that had been mailed, shipped and transported in

and affecting interstate commerce, by any means including by computer, where the

production of such visual depiction involved the use of a minor engaging in sexually

explicit conduct and such visual depiction was of such conduct, to wit a computer file

entitled:

**(((pthc))) new girl sex 2012 – Carolina do27 of do54(2) .jpg**, an image of

a prepubescent female kneeling on a bed with her genitals exposed.

All in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

4

## COUNT 5
(Possession of Child Pornography)

On or about September 21, 2015, in the State and District of Minnesota, the defendant,

**TIMOTHY ALLEN HODNEFIELD,**

having previously been convicted on or about July 18, 2006, in Sauk County, Wisconsin, in Case No. 2005CF000418, under the laws of the State of Wisconsin for Possession of Child Pornography, knowingly possessed one or more matters which contained visual depictions that had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, by any means including by computer, where the production of such visual depictions involved the use of a prepubescent minor and a minor who had not attained the age of 12 years engaging in sexually explicit conduct, and such visual depictions were of such conduct, including, but not limited to, the following computer image and video files:

1. **((hussyfan))lada_9yr_fuck_on_bed(2)(2).avi**, a video, which is approximately 7 minutes and 38 seconds in length. The video depicts a naked, prepubescent female on a bed looking at a pornographic magazine with her genitals exposed. An adult male touches the female's genitals, performs oral sex on her, and attempts to engage in vaginal intercourse with her.

2. **!!! sdpa pussys de niñas de 1 a 5 años babyj pthc(2)(2).wmv**, a video compilation of multiple still images, which is approximately 3 minutes and 19 seconds in length. The video depicts young, prepubescent females in various

stage of undress with their genitals exposed. The video also contains several segmented video clips of an adult male forcing his penis into the mouth of a young naked prepubescent female in a bathtub, forcibly engaging in vaginal or anal intercourse with her, and ejaculating on her torso.

3. **$RYWAT4O.wmv**, a video compilation of multiple video segments, which is approximately 39 minutes and 2 seconds in length. The video depicts a prepubescent male performing oral sex on an adult male. In several segments, the prepubescent male has either his hands and feet bound together with rope, or is bound to a chair with rope and is forced to perform oral sex on the adult male. The video also contains multiple segments of the adult male performing oral sex on the prepubescent male and the adult male engaging in anal intercourse with the prepubescent male.

4. **!!new (pthc) amber 7yr old bj and buttplug(4) (map).avi**, a video, which is approximately 53 seconds in length. The video depicts a prepubescent female performing oral sex on an adult male.

5. **(pthc) - sdf - (estrupo de menina 10 anos).avi**, a video compilation of multiple video segments, which is approximately 29 minutes and 23 seconds in length. The video depicts naked prepubescent females with their genitals exposed, adult males engaging in vaginal and anal intercourse with prepubescent females, and prepubescent females performing oral sex on adult males.

6. **(pthc) jho - kelly&amber&company.mpg**, a video compilation of multiple video segments, which is approximately 48 minutes and 10 seconds in length.

The video depicts prepubescent females engaged in various acts such as: naked prepubescent females with their genitals exposed; prepubescent females masturbating; prepubescent females performing oral sex on adult males; an adult male performing oral sex on a prepubescent female; an adult male masturbating and ejaculating onto the genitals of a prepubescent female; an adult male digitally penetrating the anus of a prepubescent female; close up of an adult male engaging in vaginal intercourse with a prepubescent female.

7. **(pthc) vicky - cum compilation with janesa, alina, alegre - 10m346.mpg**, a video compilation of multiple video segments, which is approximately 10 minutes and 40 seconds in length. The video depicts prepubescent females performing oral sex on adult men.

8. **!!!new 2007!!! manuela 9yr with daddy(2).wmv**, a video compilation of multiple still images, which is approximately 8 minutes and 6 seconds in length. The video depicts a prepubescent female in various stages of undress with her genitals exposed, performing oral sex on an adult male, and an adult male attempting to engage in vaginal intercourse with her.

9. **(((kingpass))) babyshivid - amber 7yr - preview1 kleuterkutje(2).wmv**, a video compilation of multiple video segments, which is approximately 12 minutes and 14 seconds in length. The video depicts a prepubescent female with her genitals exposed and masturbating, performing oral sex on an adult male, and an adult male attempting to engage in vaginal intercourse with her.

10. **(pthc) 5yr viola.avi**, a video, which is approximately 2 minutes and 10 seconds in length. The video depicts a prepubescent female sitting on a toilet with her genitals exposed and urinating. The prepubescent female then performs oral sex on an adult male.

All in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

## FORFEITURE ALLEGATIONS

Counts 1 through 5 of this Indictment are hereby re-alleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253(a).

As a result of the foregoing offenses, the defendant,

## TIMOTHY ALLEN HODNEFIELD,

shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a):

1. any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18, United States Code;

2. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

3. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including but not limited to:

8

a. one   Acer   Aspire   3680   laptop,   serial   number LXAZL0Y068716149892500;

b. one HP 2000 laptop, serial number 5CG31913Q2; and

c. one Western Digital external hard drive, serial number WCAV5H9161T.

If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

All in violation of Title 18, United States Code, Sections 2252(a)(2), 2252(a)(4)(B), and 2253(a).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                    FOREPERSON