# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: 16cr286 ADM/FLN |
| Timothy Allen Hodnefield, Defendant. | Date: March 9, 2017 |
| | Court Reporter: Lori Simpson |
| | Courthouse: Minneapolis |
| | Courtroom: 13W |
| | Time Commenced: 11:00 a.m. |
| | Time Concluded: 11:55 a.m. |
| | Time in Court: 55 Minutes |

Before Ann D. Montgomery, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
    For Plaintiff:    Angela Munoz-Kaphing, United States Attorney's Office
    For Defendant:    Robert Owens ☒ CJA

PROCEEDINGS:
    ☒ **Change of Plea Hearing.**
    ☒ PLEA:
        ☒ Guilty as to Count 3.
    ☒ Presentence Investigation and Report requested.
    ☒ Sentencing is scheduled for July 18, 2017 at 2:00 p.m.
    ☒ Defendant remanded to the custody of the U.S. Marshal.

                                                                            s/Jackie Ellingson
                                                                             Courtroom Deputy