UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 16-286 (ADM/FLN)

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>TIMOTHY ALLEN HODNEFIELD,  )<br>  )<br>Defendant.  ) | **STIPULATION REGARDING RESTITUTION** |

The United States of America and Timothy Allen Hodnefield (hereinafter referred to as "Defendant"), by and through the parties' respective attorneys, Angela M. Munoz-Kaphing, Assistant United States Attorney, and Robert Owens, Attorney for Defendant, have entered into this Stipulation to Set Restitution. The terms of the Stipulation are as follows:

1. On March 9, 2017, Defendant pleaded guilty to Distribution of Child Pornography in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1). As part of Defendant's plea, the Government agreed to dismiss all remaining counts at sentencing. Nonetheless, Defendant agreed to pay restitution to all victims of his crimes, whether named in the Indictment or not.

2. Three victims presented requests for restitution in this matter. Defendant's counsel successfully negotiated a resolution to the requests with counsel for each of those victims.

3. Attorney Carol Hepburn represents "Sarah," the victim in the "Marineland" child pornography series. On behalf of that victim, she agreed to an amount of restitution of $2,500. Defendant agrees to pay this amount of restitution.

4. Attorney Carol Hepburn also represents the victim in the "Vicky" child pornography series. On behalf of that victim, she agreed to an amount of restitution of $2,500. Defendant agrees to pay this amount of restitution.

5. Attorney Deb Bianco represents "Pia," one of the victims in the "Sweet Sugar" child pornography series. On behalf of that victim, she agreed to an amount of restitution of $3,500. Defendant agrees to pay this amount of restitution.

6. Defendant agrees to pay a total amount of restitution in the amount of $8,500.

7. The Government supports these agreements regarding the resolution of restitution requests.

8. Defendant agrees that restitution payments shall be made to the Clerk of Court, United States District Court, District of Minnesota, Minneapolis, Minnesota, who shall make payments to the victims. The undersigned Assistant United States Attorney will submit addresses and other contact information to the Clerk of Court.

9. Defendant agrees that he will notify the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415 within thirty days of (a) any change of name, residence, or mailing address; and (b) any material change in economic circumstances that affects the ability to pay restitution.

10. Defendant agrees that until such time as the full restitution amount is paid, and while he is incarcerated, he will make quarterly payments of no less than $25, if he is working non-UNICOR; if he is working UNICOR, he agrees to pay no less than 50 percent of his monthly earnings toward his restitution obligation.

11. Finally, the Defendant agrees that if he has not satisfied the full restitution obligation prior to his release from prison, beginning thirty days after his release from prison, he will make payments of at least $25 per month toward his restitution obligation.

12. The parties agree that no delinquent or default penalties will be imposed except upon Order of the Court.

13. The parties respectfully ask that the Court issue a Judgment reflecting the Stipulation Regarding Restitution contained herein.

Dated: 6/29/17

Angela M. Munoz-Kaphing
Assistant United States Attorney

Dated: 6/28/17

Robert Owens
Attorney for Defendant

Dated: 6-28-17

Timothy Hodnefield
Defendant